UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLA M. REDDEN,

        Plaintiff,                Case No. 1:13cv1056

v.                                     Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 24, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 24, 2015, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the decision of the Commissioner is AFFIRMED.

                                                          /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE

DATED:  March 17, 2015.